IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00662-LTB

MICAH BLACKFEATHER,

     Plaintiff,

v.

JENNIFER ENGLEMAN, and
DR. LENNART ABEL,

     Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 6, 2015, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 6th day of May, 2015.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/A. Thomas
    Deputy Clerk